UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

v.

LIONEL SALINAS, JR.,

Citation: F5478346
Location Code: WZ20

Defendant.

## STIPULATION, AGREEMENT, AND ORDER

The United States and the defendant stipulate and agree that the defendant received citation number F5478346 alleging a violation of:

Offense Charged: 36 CFR 261.54(d)

Offense Description: Speeding in Excess of Fixed Limits 84 MPH/55MPH zone

The United States will amend citation number F5478346 to allege a violation of:

Offense Charged: 36 CFR 261.54(d)

Offense Description: Speeding in Excess of Fixed Limits 14 MPH above limit

Pursuant to Fed. R. Crim. P. 58(d), the defendant agrees not to contest the violation(s) and to pay $200 ($200 forfeiture + $30 processing fee) on or before **December 31, 2024**, through the online payment system at www.cvb.uscourts.gov or with a check or money order to the Central Violations Bureau, P.O. Box 780549, San Antonio, TX 78278 or. The defendant understands that the Court will sign this Stipulation, Agreement, and Order and that failing to pay the agreed fine amount could subject the defendant to contempt charges and arrest.

Signature: _____   Date: 10.07.2024
Print Name: LIONEL SALINAS JR.
            Defendant

Signature: _____   Date: 10-8-2024
Print Name: COLLEEN LENNON
            Assistant United States Attorney

Upon receipt of this agreement, it is ORDERED that judgment of conviction be entered into in accordance with the charge(s) set forth above and the defendant pay the amount required under this agreement.

October 9, 2024

Dated

HONORABLE ANITA MARIE BOOR
HONORABLE ANDREW R. WISEMAN
United States Magistrate Judge